396 A.2d 824

Commonwealth v. Hamay, Appellant.

Argued October 24, 1978. Wray G. Zelt, III, for appellant; Sanford S. Finder, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.